**UNITED STATES of America,**

v.

**Eric Lamar WORMSLEY, a/k/a Michael Wormsley, a/k/a Michael Wallace Eric Lamar Wormsley, Appellant.**

No. 03–3384.

United States Court of Appeals, Third Circuit.

Argued Feb. 9, 2004.

Certiorari Granted Jan. 24, 2005.

Judgment Vacated and Remanded from the Supreme Court of the United States Jan. 24, 2005.

Submitted Pursuant to Third Circuit LAR 34.1(a) Feb. 16, 2005.

Decided May 18, 2005.

Decided May 27, 2005.

Bonnie R. Schlueter, Christine A. Sanner, Office of United States Attorney, Pittsburgh, PA, for Appellee.

Karen S. Gerlach, Lisa B. Freeland, Office of Federal Public Defender, Pittsburgh, PA, for Appellant.

Before SCIRICA, Chief Judge, ROTH and MCKEE, Circuit Judges.

OPINION OF THE COURT

SCIRICA, Chief Judge.

Appellant Eric Lamar Wormsley pled guilty to one count of being a convicted felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and one

count of possession of heroin with intent to distribute, in violation of 18 U.S.C. § 841(a)(1). The District Court sentenced Wormsley to 80 months in prison. Wormsley timely appealed his sentence to this Court, but did not challenge his conviction.

In *United States v. Schnupp*, 368 F.3d 331 (3d Cir.2004), we affirmed his sentence. The Supreme Court granted certiorari. In *Wormsley v. United States*, —— U.S. ——, 125 S.Ct. 1055, 160 L.Ed.2d 1044 (2005), the Supreme Court vacated the judgment and remanded for further consideration in light of *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

On remand to this Court, appellant challenges his sentence under *Booker*. Having determined that the sentencing issues appellant raises are best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with *Booker*.